# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| Larry Wayne Dawsey, | ) | CASE NO. 4:18-cv-02219-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Blue Cross and Blue Shield of South Carolina and Horry Telephone Cooperative, Inc., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter is before the Court based on Defendant's Motion Asserting ERISA Preemption of all state law claims pursuant to 29 U.S.C. §1132 (ERISA). The Plaintiff has consented to the motion and has requested he be allowed to amend his Complaint to assert ERISA claims. The Defendants have consented to this request. Accordingly, Plaintiff shall amend his Complaint with twenty (20) days of the date of this Order. Defendants' motions to dismiss [ECF Nos. 4, 7, 15, and 17] are now MOOT.

    AND IT IS SO ORDERED.

November 16, 2018                                                                     <u>s/ R. Bryan Harwell</u>
Florence, South Carolina                                    R. Bryan Harwell
                                                                            United States District Judge